[No. 60722-7-I.   Division One.   December 29, 2008.]

*In the Matter of the Marriage of* JOYCE SHUI, *Appellant,*
and SHAWN ROSE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-07341-1, Mary E. Roberts, J., entered October 8, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Appelwick, JJ.

[No. 60764-2-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH CHARLES SUEL, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 06-1-05059-0, Alan R. Hancock, J., entered September 21, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60964-5-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DESMOND HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-11033-0, Helen Halpert, J., entered November 7, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60997-1-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDDIE LEE KIBBY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-07122-2, Cheryl B. Carey, J., entered December 11, 2007. *Remanded* by unpublished per curiam opinion.